CHARLIE E. EWELL, Respondent, v. ANNIE P. EWELL and Another, as Executrices, etc., of JAMES L. EWELL, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARCUS STINE, Appellant, v. SOLOMON ROSENFELD, Respondent, Impleaded, etc.— Order so far as appealed from modified by permitting the examination to proceed as to items 1, 2, 3, 4, 5 and 8 of the notice of examination, and by striking from said notice the items 6, 7, 9 and 10; and as so modified affirmed, without costs. The examination to proceed at a time and place to be fixed by the justice sitting at Special Term, Part 2. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FANNIE DRAZNER, as Administratrix, etc., of SARAH SHNEERMAN, Deceased, Respondent, v. JOHN J. LEVBARG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RALPH MARINO, Respondent, v. ESTATE OF JOHN CASTREE, INC., Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CLEMENTINE KADELBURG, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

AUDLEY H. SELWYN, Respondent, v. ALFRED H. LAZAROWITZ and Others, Defendants. FRANCES C. WOODS, Appellant, v. AUDLEY H. SELWYN, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARTHA M. EBBESTAD and Another, Respondents, v. GENERAL AMERICAN RADIO MANUFACTURING CORPORATION, Defendant, Impleaded with VINCENT A. VAN VALKENBURG, Appellant.— Order modified by limiting the purpose for which the books, papers and documents shall be produced upon the examination of the defendant Van Valkenburg to the refreshing of the recollection of the said witness, and as so modified affirmed, without costs. The examination to proceed at a time and place to be fixed upon application to the justice sitting at Special Term, Part 2  No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE TECLA CORPORATION, Respondent, v. SALON TECLA, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE TECLA CORPORATION, Respondent, v. SALON TECLA, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ABRAHAM RATNER, Respondent, v. HARRIS H. URIS IRON WORKS, INC., Appellant.— Order modified by striking out from the first and second directory paragraphs thereof the words " and all other books, records and papers," and by striking out from the fourth directory paragraph thereof the words " of the entire records or any portion thereof," and inserting in place thereof the words " of such papers as to which this order permits inspection; " and as so modified affirmed,